IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GARY DEAN LEE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL NO. 05-295-GPM |
| | ) |
| ALAN UCHTMAN, | ) |
| | ) |
| Respondent. | ) |

# MEMORANDUM AND ORDER

**MURPHY, Chief District Judge:**

Petitioner, currently incarcerated in the Menard Correctional Center, brings this habeas corpus action pursuant to 28 U.S.C. § 2254 to challenge the constitutionality of his confinement. He seeks leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, and the Court finds that he is, in fact, indigent. Therefore, the motion for leave to proceed *in forma pauperis* (Doc. 2) is **GRANTED**.

Petitioner presents five different grounds which he believes warrant the reversal of his conviction and a new trial. Specifically, he argues that: (1) the State improperly introduced a fingerprint card as evidence; (2) the State improperly used a peremptory challenge to exclude the single black member of the jury pool; (3) he received multiple sentences and convictions in violation of the "one-act one-crime rule;" (4) his natural life sentence is invalidated by *Apprendi v. New Jersey*, 530 U.S. 466 (2000); and (5) his trial was improperly transferred to Williamson County from Jackson County, resulting in an under-representation of minorities in the jury pool.

**IT IS HEREBY ORDERED** that Respondent shall, within twenty-three (23) days of receipt

of this application for Writ of Habeas Corpus, answer and show cause why the writ should not issue.

Service upon the Illinois Attorney General, Criminal Appeals Bureau, 100 West Randolph, 12th Floor, Chicago, Illinois 60601, shall constitute sufficient service.

**IT IS FURTHER ORDERED** that pursuant to Local Rule 72.1(a)(2), this cause is **REFERRED** to a United States Magistrate Judge for further pretrial proceedings.

**IT IS FURTHER ORDERED** that this entire matter be **REFERRED** to a United States Magistrate Judge for disposition, as contemplated by Local Rule 72.2(b)(2) and 28 U.S.C. § 636(c), *should all the parties consent to such a referral*.

**IT IS SO ORDERED.**

DATED:  01/19/06

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge